## Klambara, Appellant, *v.* Westinghouse Electric Corporation.

Argued June 20, 1966. *William J. MacDermott,* with him *David Cohen,* for appellant; *Robert A. Detweiler,* for appellee.

Order affirmed.